**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIEL BELL,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | * | **Civ. No. JKB-18-00744** |
| **CSX TRANSPORTATION, INC.,** | * | |
| **Defendant.** | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**MEMORANDUM AND ORDER**

On May 8, 2024, the Court issued a Memorandum and Order denying Defendant's Motion for Summary Judgment.  (ECF No. 105, 106.)  The Court subsequently directed Plaintiffs to show why they were entitled to class certification, and directed both Plaintiffs and Defendant to show why the Court should not transfer all claims involving non-Maryland Plaintiffs to the Plaintiffs' respective home districts.  (ECF No. 107.)  The parties responded.  Plaintiffs indicate that they no longer plan to move for class certification, and that they do not oppose the non-Maryland Plaintiffs' cases being transferred to their respective home districts.  (ECF No. 112.)  Defendant opposes the contemplated transfer and offers several arguments for why transfer is inappropriate.  (ECF No. 113.)

The Court also referred the parties to a Mediation and Settlement Conference before a United States Magistrate Judge. (ECF No. 107)  Magistrate Judge Aslan has scheduled that Conference for September 5, 2024.  (ECF No. 111.)  As the Court has already stated (*see* ECF No. 107 at 2), the Court will not decide on the question of venue transfer until after the parties have participated in good faith in the September 5 Conference.  That said, Defendant's submission indicates that there may be a need for further discovery in this case.  (*See* ECF No. 113 at 10–11.)

The Court intends to ascertain whether discovery in this case is ongoing, whether it should be reopened in advance of the September 5 Conference, and—if so—the appropriate scope of the discovery.

Accordingly, it is ORDERED that a Telephone Status Call is set in for **Thursday, June 27, 2024**, **at 4:30 p.m.** to discuss the status of discovery in this matter. Counsel for Plaintiffs are directed to circulate call-in information to counsel for Defendant and to the Chambers of the undersigned.

DATED this **21st** day of June, 2024.

BY THE COURT:

/s/ JAMES K. BREDAR

James K. Bredar
United States District Judge
